**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| **vs.** | \* | **Case No.: 23-cr-038-JRR** |
| **RONALD JONES** | \* | |
| **Defendant** | \* | |

## REQUEST FOR DETENTION HEARING

The Defendant, Ronald Jones, by and through his attorneys, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully files this Request for Detention Hearing. In support of this Request, counsel state the following.

1.     Mr. Jones is charged by way of Indictment with possession of a firearm after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g). (Indictment, ECF No. 1.)

2.     Mr. Jones was arrested on related state charges on September 13, 2022. Those state charges have since been dismissed in favor of this federal prosecution. Mr. Jones remained in state custody until he had his Initial Appearance in this Court on February 15, 2023. At the conclusion of the Initial Appearance, Mr. Jones consented to detention pending trial without prejudice to his right to seek a detention hearing at a later date. (Order of Detention by Agreement, ECF No. 11.)

1

3.      At this time, Mr. Jones respectfully requests that this Court schedule a hearing to determine whether there are conditions of release that can reasonably assure both the safety of the community and Mr. Jones' appearance in court as required. Mr. Jones submits that his release to the third-party custody either of his mother, Ms. April Smith, or his girlfriend, Ms. Jade Ricks, along with other conditions such as location monitoring will be sufficient to ensure both the safety of the community and Mr. Jones' appearance in court.

4.      For these reasons, Mr. Jones respectfully requests that this Court schedule a detention hearing in this matter.

Respectfully submitted,
        /s/

_____
Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
mlawlor@verizon.net
ademetriou@brennanmckenna.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day, August 7, 2023, a copy of the foregoing was
served on all parties via ECF.

/s/

_____

Michael E. Lawlor